# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FIERRO OBESO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | Case No. 1:15-cv-00151-SKO<br><br>**ORDER GRANTING AN EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPENING BRIEF** |

On September 14, 2015, the parties filed a stipulation that Plaintiff be granted a 30-day extension of time to file an opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before October 19, 2015;

2. Defendant's responsive brief shall be filed on or before November 23, 2015; and

3. Plaintiff may file an optional reply brief on or before December 11, 2015.

IT IS SO ORDERED.

Dated:   **September 20, 2015**           **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE