UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| FRANCISCO FIERRO OBESO,<br><br>Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No: 1:15-cv-00151-SKO<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF; ORDER THEREON** |

    Plaintiff Francisco Fierro Obeso (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time to file Defendant's Responsive Brief by thirty days from November 18, 2015 to December 18, 2015, with all other dates in this Court's Scheduling Order (Social Security Appeal) extended accordingly. This is the Commissioner's first request for an extension.

    There is good cause because the Commissioner's counsel was out of the office for one and one-half weeks on approved leave. Further, counsel is experiencing a heavy workload, with three District Court briefs due this week, four more briefs due before the end of this month, and a Ninth Circuit brief due in early December. The Commissioner needs additional time to respond to the issues Plaintiff's Opening Brief. Plaintiff has no objection.

```
                                    Respectfully submitted,

Date:   November 17, 2015           /s/* Jacqueline A. Forslund
                                    JACQUELINE A. FORSLUND
                                    Esq.
                                    *by email authorization on 11/17/15

                                    Attorney for Plaintiff

Date:   November 17, 2015           BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH L. STACHEL
                                    Acting Regional Chief Counsel, SF, SSA

                            By:     /s/ Jacob M. Mikow
                                    JACOB M. MIKOW
                                    Special Assistant United States Attorney
```

Of Counsel, APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendants' responsive brief shall be filed on or before December 18, 2015; and

2. Plaintiff may file an optional reply brief on or before January 6, 2016.

IT IS SO ORDERED.

Dated:   **November 17, 2015**                    /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE

Joint Stipulation For Extension Of Time To File Defendant's Brief; 1:15-cv-00151-SKO