JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:   541-419-0074
Fax:         541-593-4452
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FIERRO OBESO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No.  1:15-CV-00151 (SKO)<br><br>**STIPULATION AND ORDER FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SEVEN THOUSAND dollars ($7,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether

the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.  If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, P.O. Box 4476, Sunriver, Oregon  97707.

     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

                                              Respectfully submitted,

Dated: July 15, 2016                     JACQUELINE A. FORSLUND
                                              Attorney at Law

                                              */s/Jacqueline A. Forslund*
                                              JACQUELINE A. FORSLUND
                                              Attorney for Plaintiff


Dated: July 18, 2016                     BENJAMIN B. WAGNER
                                              United States Attorney
                                              DEBORAH STACHEL
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              */s/Urmila R. Taylor*
                                              URMILA R. TAYLOR
                                              Special Assistant United States Attorney
                                              *By email authorization
                                              Attorney for Defendant

**ORDER**

Based upon the above "Stipulation for Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA)" (Doc. 22), IT IS ORDERED that fees in the amount of seven thousand dollars ($7,000.00) under EAJA, 28 U.S.C. sec. 2412(d), be awarded subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **July 19, 2016**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE